**BARNES v. UNITED STATES.**

**No. 49143.**

United States Court of Claims.

Nov. 7, 1949.

John W. Gaskins, Washington, D. C., for the plaintiffs. Herman J. Galloway and King & King, Washington, D. C., were on the brief.

John F. Ganong, Washington, D. C., with whom was Acting Assistant Attorney General Newell A. Clapp, for the defendant.

Before JONES, Chief Judge and LITTLETON, WHITAKER, MADDEN and HOWELL, Judges.

PER CURIAM.

The plaintiff in this case sues for losses incurred on a subcontract entered into with David A. Richardson and Zia P. Richardson to perform a part of the work called for in contract No. I2r–13814 which the said Richardsons had entered into with the defendant. Defendant demurs because plaintiff's petition fails to allege that this subcontract had any connection with the prosecution of the war effort.

For the reasons stated in Richardson et al v. United States, Ct.Cl., 86 F.Supp. 1019, the absence of this allegation makes plaintiff's petition defective, since relief under the Lucas Act, 41 U.S.C.A. § 106 note, is available only to those persons who entered into contracts, within the dates specified, for work in connection with the prosecution of the war effort.

For this reason the defendant's demurrer is sustained and plaintiff's petition will be dismissed. It is so ordered.